ORIGINAL

ECF

FILED
APR 22 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Government Telecommunications, Inc.<br>4500 Southgate Place, Suite 300<br>Chantilly, Virginia 20151,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | No. 05- 491C |

## RCFC 7.1(a) DISCLOSURE STATEMENT

COMES NOW the Plaintiff, Government Telecommunications, Inc. (GTI), by counsel, and hereby discloses pursuant to RCFC 7.1(a) that GTI is a wholly owned subsidiary of Computer Equity Corporation. Computer Equity Corporation is a wholly owned subsidiary of Applied Digital Solutions, Inc., headquartered in Delray Beach, Florida. Applied Digital Solutions, Inc., which is publicly held, trades under the ticker symbol ADSX.

Dated: this 22nd day of April 2005.

Respectfully submitted,

**Government Telecommunications, Inc.**

By Counsel:

John C. Person, Esquire
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 – phone
(202) 466-4416 – fax

Attorneys for Plaintiff