# In the United States Court of Federal Claims

**NOTICE**

**GOVERNMENT TELECOMMUNICATIONS, INC.**

**No. 05-491 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., June 16, 2005**

To Attorney of Record, Assistant Attorney General, and Senior Judge Smith:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed June 14, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk